■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH GILVIE.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ LEONORA JOHNSON v. LLOYD YATES.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached, and upon the further condition that the appellant posts an additional bond in the sum of $500 on or before June 15, 1962. If the appellant fails to comply with either condition imposed, the respondent may enter an order dismissing the appeal without notice to the appellant. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ JANICE PUNER et al. v. FRANCES WIENER et al.— Motion for leave to appeal as a poor person and for other relief denied in all respects. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ODDO.— Assignment of Anthony F. Marra, Esq., as counsel for the defendant-appellant, contained in the order of this court entered on February 21, 1962, vacated, and Sidney E. Friedman, Esq., of 497 East 161st St., Bronx, N. Y. is assigned as counsel for defendant-appellant in the place and stead of Anthony F. Marra, Esq. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW KAY.— Assignment of M. Arthur Hammer, Esq., as counsel for the defendant-appellant, contained in the order of this court entered on May 24, 1962, vacated, and Howard Goldfluss, Esq., of 401 Broadway, New York, N. Y. is assigned as counsel for defendant-appellant in the place and stead of M. Arthur Hammer, Esq. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DEWEY McDADE THOMPSON, JR.— Assignment of Anthony F. Marra, Esq., as counsel for the defendant-appellant, contained in the order of this court entered on February 2, 1961, vacated, and James A. Murphy, Esq., of 501 East 161st Street, Bronx, N. Y. is assigned as counsel for defendant-appellant in the place and stead of Anthony F. Marra, Esq. The defendant's time within which to perfect said appeal is enlarged to the September 1962 Term of this court. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.